GEBELL ET AL., APPELLANTS, *v.* EBERSOLD, APPELLEE, ET AL.

[Cite as Gebell *v.* Ebersold (1988), 38 Ohio St. 3d 53.]

(No. 87-1522—Submitted June 1, 1988—Decided July 20, 1988.)

*Keating, Ritchie, Lyon & Norwine Co., L.P.A., Michael F. Lyon, Kevin L. Swick, Harriss & Katz Co., L.P.A., John L. Berg* and *Richard L. Katz,* for appellants.

*Kohnen, Patton & Hunt, Ann Ruley Combs, Short, Routt, Weber & Davis, D. Marc Routt* and *Sherry L. Davis,* for appellee.

The judgment of the court of appeals is reversed on authority of *Hardy* v. *VerMeulen* (1987), 32 Ohio St. 3d 45, 512 N.E. 2d 626.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.